JULIA DELGADO, ET AL., demandantes y apelantes, *v.* BELÉN CÁRDENAS, demandada y apelada.

No. 3632.—*Visto:* Mayo 4, 1925.   *Resuelto:* Mayo 6, 1925.

1. APELACIÓN Y ERROR—REQUISITOS Y PROCEDIMIENTOS PARA ELEVAR LA CAUSA—PAGO DE DERECHOS O COSTAS, Y FIANZAS U OTRAS GARANTÍAS—PAGO DE LOS DERECHOS POR ESCRITO DE APELACIÓN.—Cuando a un escrito de apelación no se acompañan los sellos de rentas internas correspondientes, el escrito es nulo, procediendo la desestimación de la apelación interpuesta si no se ha cumplido con dicho requisito antes de vencido el término para apelar. (*Nazario* v. *Santos,* 27: 89 y *Paz* v. *Bonet,* 30: 927, confirmados.)

MOCIÓN sobre desestimación de apelación presentada por la apelada. *Desestimada la apelación.*

*Bolívar Pagán,* abogado de los apelantes; *R. P. Rodríguez Alberti,* abogado de la apelada.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

[1] En abril 8, 1925 la Corte de Distrito de Humacao en una acción reivindicatoria declaró sin lugar una llamada moción de reconsideración de la sentencia por abandono, dictada contra la demandante. La resolución así dictada que en realidad es una para dejar sin efecto la sentencia, cae dentro de la clase de la cual debe interponerse una apela-

ción dentro del término de diez días. Artículo 295, Código de Enjuiciamiento Civil, párrafo 3 (Comp. 1911, p. 901, sec. 5338). El día 18 de abril 1925 y dentro de los diez días los apelantes enviaron un aviso de apelación al Secretario de la Corte de Distrito de Humacao, pero dejaron de acompañar el sello de rentas internas de $5 que la ley exige. El secretario, por tanto, no aceptó ni radicó el supuesto aviso de apelación. El apelante remitió el sello de rentas después y el escrito de apelación fué archivado en abril 22, 1925. Esta es una moción para que se desestime la apelación por el fundamento de haber sido interpuesta demasiado tarde. El caso debe regularse por el de *Nazario* v. *Santos,* 27 D.P.R. 89. Allí resolvimos que de acuerdo con el artículo 6 de la Ley No. 17 de 1915 (Leyes de 1915, p. 45) un escrito de apelación en un procedimiento de *certiorari* que no lleva sellos de rentas internas era nulo por virtud de la referida ley. Este caso fué observado donde los hechos eran tan semejantes al presente en el de *Paz* v. *Bonet,* en el cual la opinión fué emitida en una moción de reconsideración y puede verse en el texto inglés 31 P.R.R. 153, y en el castellano 30 D. P. R. 927.

*Debe desestimarse la apelación.*